UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RODNEY L. GARROTT, | ) | CASE NO. C08-1181-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING REQUEST FOR |
| | ) | EXTENSION OF TIME |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court granted Plaintiff Rodney L. Garrott leave to amend his complaint by September 19, 2008. (Dkt. 7.) In late-August 2008, plaintiff informed the court that he was having difficulty retrieving legal materials from another facility. (Dkt. 8-9.) Shortly thereafter, Plaintiff was transferred to a new facility. (Dkt. 10.) Plaintiff now requests an extension of time to file an amended complaint, stating that he has yet to retrieve all of his legal materials and that his recent transfer impeded his ability to revise his complaint. (Dkt. 11.)

The Court GRANTS Plaintiff's motion for an extension of time to file an amended complaint. (Dkt. 11.) Within **thirty (30) days** from the date of this Order, plaintiff shall submit an amended complaint that corrects the deficiencies that the Court set forth earlier. The Clerk is

ORDER GRANTING REQUEST
FOR EXTENSION OF TIME
PAGE -1

directed to send copies of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 15th day of October, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING REQUEST
FOR EXTENSION OF TIME
PAGE -2